RICHARD W. WILSON *v.* CITY OF NEW HAVEN ET AL.
(6244)

BORDEN, O'CONNELL and STOUGHTON, Js.

Argued November 1—decision released November 17, 1988

*Susan King Shaw,* with whom, on the brief, was *Jackson T. King,* for the appellant (plaintiff).

*William C. Turney,* for the appellee (defendant Yale University Elizabethan Club Corporation).

PER CURIAM. There is no error.